PER CURIAM.
Affirmed. See Tibbs v. State, 397 So.2d 1120 (Fla.1981), aff'd, 457 U.S. 31, 102 S.Ct. 2211, 72 L.Ed.2d 652 (1982); Jordan v. *527 State, 441 So.2d 657 (Fla. 3d DCA 1983); Gentry v. State, 422 So.2d 1072 (Fla. 2d DCA 1982), approved, 437 So.2d 1097 (Fla.1983); Estrada v. State, 400 So.2d 562 (Fla. 3d DCA 1981); Pressley v. State, 395 So.2d 1175 (Fla. 3d DCA), rev. denied, 407 So.2d 1105 (Fla.1981); State v. Rogers, 386 So.2d 278 (Fla. 2d DCA), rev. denied, 392 So.2d 1378 (Fla.1980); Hines v. State, 227 So.2d 334 (Fla. 1st DCA 1969).